UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 5:26-cv-02254-HDV-E | Date | April 30, 2026 |
|---|---|---|---|
| Title | *Stephani Espinoza Fontalvo v. Director, Adelanto ICE Processing Center et al* | | |

| Present: The Honorable | Hernán D. Vera, United States District Judge |
|---|---|

| Daniel Torrez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) ORDER GRANTING IN PART TEMPORARY RESTRAINING ORDER ENJOINING TRANSFER OUT OF DISTRICT (INCLUDING DEPORTATION) AND SETTING BRIEFING SCHEDULE RE PRELIMINARY INJUNCTION [3]

Petitioner Stephani Espinoza Fontalvo, proceeding *pro se*, filed a Petition for Writ of Habeas Corpus. ("Petition") [Dkt. 1]. She also filed an Emergency Motion for Temporary Restraining Order and Stay of Removal, seeking an injunction restraining Respondents from removing from the United States and a briefing schedule on a preliminary injunction. ("TRO Application") [Dkt. 3].

The Court applies the *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 5, 20 (2008) factors and finds that Petitioner has shown both a probability of success on the merits and numerous forms of irreparable harm, and on that basis concludes that emergency relief is needed to maintain the status quo.

The Court thus ***grants*** the TRO Application. Respondents are hereby ***enjoined*** from transferring, relocating, or removing Petitioner outside of the Central District of California (including, but not limited to, transferring Petitioner to an ICE facility outside of the Central District or removing Petitioner from the United States) pending further order of the Court.

The Court sets the matter for hearing on **Friday, May 8, 2026 at 1:30 p.m.** as to whether a preliminary injunction should issue. The Petition and TRO Application will be treated as Petitioner's opening brief on that issue. Respondents' opposition is due by **Tuesday, May 5, 2026**.

Respondents are ordered to disseminate this Order to the immigration agents in charge of processing Petitioner, to place a copy of this Order in the Petitioner's A-File, and to provide Petitioner a physical copy of the Order.

**Respondents are further ordered to transport Petitioner to Courtroom 5B of the First Street Courthouse and ensure her appearance on May 8, 2026 at 1:30 p.m.**

**IT IS SO ORDERED.**