**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHANI ESPINOZA FONTALVO, | No. ED CV 26-2254-HDV(E) |
| Petitioner, | |
| v. | ORDER FOR ENTRY OF JUDGMENT |
| DIRECTOR, ETC., ET AL., | |
| Respondents. | |

On April 30, 2026, Petitioner, then a detainee of Immigration and Customs Enforcement ("ICE"), filed a "Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" ("the Petition"). On May 8, 2026, by a preliminary injunction, the Court ordered Petitioner's release and the reinstatement of Petitioner's prior order of supervision without any additional release restrictions.

On May 11, 2026, the Magistrate Judge ordered that, on or before May 18, 2026, the parties show good cause, if there be any, why the Court should not enter a final judgment: (1) granting the relief previously granted on an interim basis in the May 8, 2026 preliminary injunction; and (2) otherwise dismissing the Petition without prejudice. At the same time, the Magistrate Judge warned the parties that failure timely to respond to the May 11, 2026 Order "may be deemed consent to the entry of such a final judgment." Neither Petitioner nor

Respondents filed any timely response to the May 11, 2026 Order.

Accordingly, and for the reasons stated in the May 8, 2026 preliminary injunction, it is ordered that judgment be entered:  (1) requiring Respondents to release Petitioner from custody and reinstate Petitioner's prior order of supervision without any additional release restrictions; and (2) otherwise dismissing the Petition without prejudice.

Dated: May 29, 2026.

_____
HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE