JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| STEPHANI ESPINOZA FONTALVO, | No. ED CV 26-2254-HDV(E) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| DIRECTOR, ETC., ET AL., | |
| Respondents. | |

Pursuant to the "Order for Entry of Judgment," it is adjudged that: (1) Respondents shall release Petitioner from custody and reinstate Petitioner's prior order of supervision without any additional release restrictions; and (2) the Petition otherwise is dismissed without prejudice.

DATED: May 29, 2026.

_____
HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE